

## NUMBER 13-08-00671-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

RICHARD ALLEN KREST,                                                                    Appellant,

v.

MILDRED RENEE KREST,                                                                    Appellee.

On appeal from the 94th District Court
of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Richard Allen Krest, perfected an appeal from a judgment entered by the 94th District Court of Nueces County, Texas, in cause number 07-6611-C.  Appellant has filed a motion to dismiss the appeal on grounds that the parties have reached a mediated settlement agreement.  Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 5th day of March, 2009.